159 A.3d 938

Robert FENNELL, Petitioner

v.

Jaclyn GROVE, William Henry Dreibelbis, T. Sunderland, C. Wright and Jon D. Fisher, Respondents

No. 376 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.